UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. CR 11-98-RE |
| v. | INDICTMENT |
| GUY LORD MATTALIANO, a.k.a. "Puppet," | 18 U.S.C. § 922(k) and 924(a)(1)(B) |
| | UNDER SEAL |
| Defendant. | |

THE GRAND JURY CHARGES:

Count 1:
[Possession of a Firearm with a Removed, Altered or Obliterated Serial Number]

On or about September 21, 2010, in the District of Oregon, **GUY LORD MATTALIANO, a.k.a. "Puppet,"** defendant herein, knowingly possessed a firearm, to-wit: a Remington, 12 gauge shotgun, that had been shipped and transported in interstate and foreign

///

FILED'11 FEB 25 15:51 USDC-ORP

commerce, from which the manufacturer's serial number had been removed, altered and obliterated; all in violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

DATED this 24 day of February 2011.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

DWIGHT C. HOLTON, OSB # 09054
United States Attorney
District of Oregon

SCOTT M. KERIN, OSB # 965128
Assistant United States Attorney

Page 2    Indictment